B5 (Official Form 5) (12/07)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**Eastern District of Pennsylvania** | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**TenX Biopharma, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**Two Penn Center**<br>**1500 JFK Blvd., Suite 1301**<br>**Philadelphia, PA 19102** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Philadelphia** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
- ☐ Chapter 7
- ■ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
- ☐ Debts are primarily consumer debts
- ■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
- ☐ Individual (Includes Joint Debtor)
- ■ Corporation (Includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**VENUE**
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
- ■ Full Filing Fee attached
- ☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __TenX Biopharma, Inc.__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| X _____  Signature of Petitioner or Representative (State title) | X _____   October 15, 2010  Signature of Attorney                 Date |
| __Jim Meyer__                              October 15, 2010  Name of Petitioner                           Date Signed | __Ciardi Ciardi & Astin__  Name of Attorney Firm (If any)  __One Commerce Square__  __2005 Market Street__  __Ste. 1930__  __Philadelphia, PA 19103__  Address  Telephone No. __215.557.3550__ |
| Name & Mailing Address of Individual Signing in Representative Capacity | |
| X _/s/ Jim P Meyer_____  Signature of Petitioner or Representative (State title) | X _[signature]_____     October 15, 2010  Signature of Attorney               Date |
| __Brian Filippini__                         October 15, 2010  Name of Petitioner                           Date Signed | __Ciardi Ciardi & Astin__  Name of Attorney Firm (If any)  __One Commerce Square__  __2005 Market Street__  __Ste. 1930__  __Philadelphia, PA 19103__  Address  Telephone No. __215.557.3550__ |
| Name & Mailing Address of Individual Signing in Representative Capacity | |
| X _____  Signature of Petitioner or Representative (State title) | X _____   October 15, 2010  Signature of Attorney                 Date |
| __Concord Management Group Int'l__          October 15, 2010  Name of Petitioner                           Date Signed | __Ciardi Ciardi & Astin__  Name of Attorney Firm (If any)  __One Commerce Square__  __2005 Market Street__  __Ste. 1930__  __Philadelphia, PA 19103__  Address  Telephone No. __215.557.3550__ |
| Name & Mailing Address of Individual Signing in Representative Capacity   __Brian Filippini__ | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jim Meyer | | 25,747.00 |
| Brian Filippini  109 N. Orianna #300  Philadelphia, PA 19106 | | 16,000.00 |
| Concord Management Group Int'l  600 W. Germantown Pike #400  Plymouth Meeting, PA 19462 | | 41,500.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 107,524.21 |

_1_ of _1_ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                             Best Case Bankruptcy

Name of Debtor **TenX Biopharma, Inc.**

B5 (Official Form 5) (12/07) - Page 2    Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**John Holyoake**                    October 15, 2010
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _[signature]_                                      October 15, 2010
Signature of Attorney                                Date

**Ciardi Ciardi & Astin**
Name of Attorney Firm (If any)
**One Commerce Square
2005 Market Street
Ste. 1930
Philadelphia, PA 19103**
Address
Telephone No. **215.557.3550**

X _[signature]_
Signature of Petitioner or Representative (State title)

**Maurice Briggs**                   October 15, 2010
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _[signature]_                                      October 15, 2010
Signature of Attorney                                Date

**Ciardi Ciardi & Astin**
Name of Attorney Firm (If any)
**One Commerce Square
2005 Market Street
Ste. 1930
Philadelphia, PA 19103**
Address
Telephone No. **215.557.3550**

X _____
Signature of Petitioner or Representative (State title)

**Shayne A. Ballard**                October 15, 2010
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____                   October 15, 2010
Signature of Attorney                                Date

**Ciardi Ciardi & Astin**
Name of Attorney Firm (If any)
**One Commerce Square
2005 Market Street
Ste. 1930
Philadelphia, PA 19103**
Address
Telephone No. **215.557.3550**

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **John Holyoake**<br>**Chrch Lane**<br>**Attenborough, Nottinghamshire**<br>**NG9 6AS UK** | | 1,269.10 |
| **Maurice Briggs**<br>**449 Belle Avenue**<br>**Harleysville, PA 19438** | | 19,608.11 |
| **Shayne A. Ballard**<br>**PO Box 3924**<br>**Charleston, WV 25339** | | 3,400.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**107,524.21** |

_1_ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __TenX Biopharma, Inc.__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| X_____ | X_____ October 15, 2010 |
| **John Holyoake** — Name of Petitioner — October 15, 2010 Date Signed | **Ciardi Ciardi & Astin** Name of Attorney Firm (If any) One Commerce Square, 2005 Market Street, Ste. 1930, Philadelphia, PA 19103 Telephone No. 215.557.3550 |
| Name & Mailing Address of Individual Signing in Representative Capacity | |
| X_____ | X_____ October 15, 2010 |
| **Maurice Briggs** — Name of Petitioner — October 15, 2010 Date Signed | **Ciardi Ciardi & Astin** Name of Attorney Firm (If any) One Commerce Square, 2005 Market Street, Ste. 1930, Philadelphia, PA 19103 Telephone No. 215.557.3550 |
| Name & Mailing Address of Individual Signing in Representative Capacity | |
| X /s/ Shayne A. Ballard | X _____ October 15, 2010 |
| **Shayne A. Ballard** — Name of Petitioner — October 15, 2010 Date Signed | **Ciardi Ciardi & Astin** Name of Attorney Firm (If any) One Commerce Square, 2005 Market Street, Ste. 1930, Philadelphia, PA 19103 Telephone No. 215.557.3550 |
| Name & Mailing Address of Individual Signing in Representative Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John Holyoake<br>Chrch Lane<br>Attenborough, Nottinghamshire<br>NG9 6AS UK | | 1,269.10 |
| Maurice Briggs<br>449 Belle Avenue<br>Harleysville, PA 19438 | | 19,608.11 |
| Shayne A. Ballard<br>PO Box 3924<br>Charleston, WV 25339 | Accounting Services | 3,400.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 107,524.21 |

_1_ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Name of Debtor: TenX Biopharma, Inc.
Case No.

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Jim Meyer — October 15, 2010
Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ October 15, 2010
Signature of Attorney / Date

Ciardi Ciardi & Astin
Name of Attorney Firm (If any)
One Commerce Square
2005 Market Street
Ste. 1930
Philadelphia, PA 19103
Address
Telephone No. 215.557.3550

X [signature]
Signature of Petitioner or Representative (State title)

Brian Filippini — October 15, 2010
Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X [signature] October 15, 2010
Signature of Attorney / Date

Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street
Ste. 1930
Philadelphia, PA 19103
Address
Telephone No. 215.557.3550

X [signature] President
Signature of Petitioner or Representative (State title)

Concord Management Group Int'l — October 15, 2010
Name of Petitioner / Date Signed

Brian Filippini
Name & Mailing Address of Individual Signing in Representative Capacity

X [signature] October 15, 2010
Signature of Attorney / Date

Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street
Ste. 1930
Philadelphia, PA 19103
Address
Telephone No. 215.557.3550

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jim Meyer | | 25,747.00 |
| Brian Filippini<br>109 N. Orianna #300<br>Philadelphia, PA 19106 | | 16,000.00 |
| Concord Management Group Int'l<br>600 W. Germantown Pike #400<br>Plymouth Meeting, PA 19462 | | 41,500.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 107,524.21 |

_1_ of _1_ continuation sheets attached