IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| TenX Biopharma, Inc., | : | |
| Debtor. | : | Case No. 10-18968 (JKF) |
| _____ | | |

### ORDER TO SHOW CAUSE WHY DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW**, this 22nd day of October, 2010, the court having been apprised that the putative debtor is a biopharmaceutical company and part of its business is to perform clinical trials,

It is hereby ordered that the petitioning creditors shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **Tuesday, November 9, 2010 at 1:00 p.m.** to show cause why the debtor is not a health care business. The putative debtor also may appear and be heard without consenting to the involuntary filing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Gardiner F.H. Smith, CEO
TenX Biopharma, Inc.
1500 JFK Boulevard, Suite 1301
Philadelphia, PA  19102

Jim Meyer
1098 Old Shuylkill Road
Pottstown, PA  19465

Brian Fillippini
109 North Orianna #300
Philadelphia, PA 19106

Brian Fillippini
Concord Management Group Int'l
600 West Germantown Pike #400
Plymouth Meeting, PA 19462

Maurice Briggs
449 Belle Avenue
Harleysville, PA 19438

Shayne A. Ballard
PO Box 3924
Charleston, WV 25339

John Holyoake
Church Lane
Attenborough
Nottinghamshire
NG9 6AS
United Kingdom

Albert A. Ciardi, III, Esquire
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA  19103

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107