## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TENX BIOPHARMA, INC., | ) | Case No. 10-18968-JKF |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

## PRAECIPE FOR WITHDRAWAL OF PEPPER HAMILTON LLP AS COUNSEL TO TENX BIOPHARMA INC.

Pepper Hamilton, LLP ("Pepper") served as counsel of record for the alleged debtor TenX BioPharma, Inc. ("TenX") prior to the entry of an order for relief in the above-captioned case. Attached as **Exhibit A** is a proposed Order Granting Pepper Hamilton LLP Leave to Withdraw as Counsel to TenX Biopharma, Inc.

Dated: November 9, 2010                    PEPPER HAMILTON LLP


/s/ Evelyn J. Meltzer
David M. Fournier (PA No. 60893)
Evelyn J. Meltzer (PA No. 88033)
Edmond D. Johnson (admitted *pro hac vice*)
1313 N. Market Street, Suite 5100
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

-and-

Michael H. Reed (PA No. 15954)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2010, copies of the

attached Praecipe for Withdrawal of Pepper Hamilton LLP as Counsel to TenX BioPharma Inc.

were served via overnight mail and first class mail, postage prepaid or in the manner indicated

below, upon the following entities:

TenX Biopharma, Inc.
Attn: Asher Nathan
Chair of the Executive Committee of TenX
Biopharma, Inc.
asher@zoticon.com

Petitioning Creditors
c/o Albert A. Ciardi, III, Esq.
Jennifer E. Cranston, Esq.
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street
Suite 1930
Philadelphia, PA 19103

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

PA Dept of Labor and Industry – UCTS
c/o Joseph W. Kots
US Tax Agent / Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street – Room 203
Reading, PA 19602-1184

Susan M. Henry
Senior Paralegal
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Dated: November 9, 2010

#13434224 v3 (137785.1)