UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: |
| | : | |
| TENX BIOPHARMA, INC. | : | CHAPTER 11 |
| | : | |
| Debtor | : | |

**ORDER ESTABLISHING EXPEDITED HEARING ON MOTION OF JIM MYER, BRIAN FILIPPINI, CONCORD MANAGEMENT GROUP, INC., JOHN HOLYOAKE, MAURICE BRIGGS and SHAYNE A. BALLARD, PETITIONING CREDITORS, FOR APPOINTMENT OF INTERIM TRUSTEE UNDER 11 U.S.C. §1104 AND REQUEST FOR EXPEDITED HEARING**

AND NOW, this _12th_ day of _November_, 2010 upon consideration of the Amended Motion of Eric R. DiNallo, Petitioning Creditor for Appointment of Interim Trustee Under 11 U.S.C. §1104 Conditioning Use, Sale or Lease of Property and Expedited Hearing.

IT IS HEREBY ORDERED as follows:

A hearing on the Motion of Petitioning Creditors for Appointment of Interim Trustee Under 11 U.S.C. §1104 Conditioning Use, Sale or Lease of Property and Expedited Hearing is scheduled for November 16, 2010 at 2:00 p.m. in Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2nd Floor; Philadelphia, PA.;

1) That the applicable notice period is reduced accordingly to permit the hearing as scheduled herein, and notice is limited to the parties identified in paragraph 3 of this Order;

2) Objections or responses to the Motion may be presented to the Court at the time of the hearing;

3) That the Petitioning Creditors shall serve this order and a copy of this Order and the Motion no later than ~~noon~~ _November 12, 2010_ _Close of Business_ by facsimile and or

overnight mail on counsel for the Debtor, counsel for the United States Trustee, and all parties requesting notice under Bankruptcy Rule of Civil Procedure Rule 2002; and

    4)  The Scheduling of the hearing was discussed in open court among the Debtor, Petitioning Creditors and U.S. Trustee.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE