B6F (Official Form 6F) (12/07)

In re   Ten X Biopharma, Inc.                                  Case No.   10-18968-jfk
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Abhay Patki<br>58 Lincoln Ave<br>Piscataway, NJ 08854 | | | Expenses<br>- | | | | 113.29 |
| Account No.<br><br>ADP<br>99 Jefferson Road<br>Parsippany, NJ 07054-0450 | | | Payroll expenses<br>- | | | | 140,265.90 |
| Account No.<br><br>Allied<br>Po Box 45361<br>San Francisco, CA 94145 | | | Trade<br>- | | | | 1,066.29 |
| Account No.<br><br>Aptuit<br>Inchwood Bathgate<br>West Lothian    EH48 2EH<br>United Kingdom | | | Drug testing and Shipping<br>- | | | | 120,281.73 |
| __17__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 261,727.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                              Case No.  10-18968-jfk
                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AT&T Mobility<br>Po Box 6463<br>Carol Stream, IL 60197 | | - | Wireless service | | | | 5,556.76 |
| Account No.<br><br>BARC USA, Inc<br>5 Deleware Drive<br>Lake Success, NY 11042 | | - | Lab testing | | | | 36,611.00 |
| Account No.<br><br>Beta Holdings Ltd.<br>Po Box 1026<br>The Valley,    British West Indies | | - | Note claim | | | | 1,250,000.00 |
| Account No.<br><br>Biomedical Research Alliance<br>1981 Marcus Ave<br>Suite 200<br>New Hyde Park, NY 11042 | | - | Review bond | | | | 2,000.00 |
| Account No.<br><br>Bo Bang Madical Consultants<br>Hellerupvej 2A 2900<br>Hellerup     Denmark | | - | Medical consulting | | | | 3,628.00 |

| Sheet no. 1 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,297,795.76 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                                   Case No.  10-18968-jfk
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Bowles Rice<br>Po Box 1386<br>Charleston, WV 25325 | - | | Legal Fees | | | X | 62,000.00 |
| Account No.<br>Brent Coon & Associates<br>215 Orleans Street<br>Beaumont, TX 77701 | - | | Rent | | | | 21,026.55 |
| Account No.<br>Brian Filippini<br>109 North Orianna Street<br>#300<br>Philadelphia, PA 19106 | - | | Note Claim | | | X | 16,000.00 |
| Account No.<br>Brian Filippini<br>109 North Orianna Street<br>#300<br>Philadelphia, PA 19106 | - | | Note claim | | | X | 100,000.00 |
| Account No.<br>Canfield<br>253 Passaic Ave<br>Fairfield, NJ 07004 | - | | Photography equipment | | | | 57,125.33 |

Sheet no. 2 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    256,151.88

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                                                    Case No.  10-18968-jfk
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CDBI<br>Po Box 607<br>Moorestown, NJ 08057 | | - | Medical insurance | | | | 25,619.20 |
| Account No. 881127740<br><br>Chase Bank<br>1490 Eldridge Pkwy<br>Houston, TX 77077 | | - | unknown | | | X | 12,223.96 |
| Account No.<br><br>Chia Chia Sun<br>c/o TenX Biopharma, Inc.<br>2 Penn Center 1500 JFK Blvd.<br>Suite 1301<br>Philadelphia, PA 19102 | | - | Employment contract<br><br>See Note 1 | | | | 306,059.98 |
| Account No.<br><br>Chubb Insurance Co Europe SE<br>Strandvejen 104 B<br>DK-2900 Hellerup<br>DENMARK | | - | Insurance | | | | 20,419.67 |
| Account No.<br><br>Concord Mangement<br>600 West Germantown Pike<br># 400<br>Philadelphia, PA 19462 | | - | Trade | | | X | 41,500.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  405,822.81

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                                          Case No.  10-18968-jfk
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>CTRC at UT Health Science Cntr<br>San Antonio<br>14960 Omicron Drive MC 8031<br>San Antonio, TX 78245 | - | | Trial expense | | | | 15,900.00 |
| Account No.<br>David Saurymper<br>41 Castlewood Rd<br>London, England<br>N166DL | - | | Note Claim | | | | 1,187,500.00 |
| Account No.<br>Don Durham<br>39 Ruffed Grouse Ct.<br>Chapel Hill, NC 27517 | - | | Expenses reimbursement | | | | 3,500.00 |
| Account No.<br>Dr. Robert Slepoy<br>41 Barret Road<br>Lawrence, NY 11559 | - | | Note Claim | | | | 25,000.00 |
| Account No.<br>DSM<br>Po Box 454<br>9700 AL Groningen<br>THE NETHERLANDS | - | | Manufacturing vendor | | | | 41,372.52 |

Sheet no. 4 of 17 sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)   1,273,272.52

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc. , Case No. 10-18968-jfk
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DTA Consulting<br>Brydegaardsvej 25<br>DK 2760   Maaloev<br>DENMARK | | - | Consulting fees | | | | 377.89 |
| Account No.<br><br>EFAX<br>6922 Holywood Blvd<br>Los Angeles, CA 90028 | | - | Trade | | | | 39.90 |
| Account No.<br><br>Federal Express<br>Po Box 371461<br>Pittsburgh, PA 15250-7461 | | - | Shipping | | | | 253.68 |
| Account No.<br><br>FF Investment Group LLC<br>1662 East 31st<br>Brooklyn, NY 11234 | | - | Note Claim | | | | 462,500.00 |
| Account No.<br><br>Fisher Biosciences<br>Account Receivable Dept.<br>14665 Rothgeb Drive<br>Rockville, MD 20850 | | - | Storage expense | | | | 4,229.00 |

Sheet no. 5 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  467,400.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ten X Biopharma, Inc.**                               Case No. __10-18968-jfk__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fruchthandler Family Group<br>1662 E. 31st street<br>Brooklyn, NY 11234 | - | | Note Claim | | | | 260,000.00 |
| Account No.<br><br>Gardiner Smith<br>111 East Ridge Rd<br>Norfolk, VA 23514 | - | | Employment related<br><br>See Note 1 | | | | 350,650.13 |
| Account No.<br><br>Gardiner Smith<br>111 East Ridge Rd<br>Norfolk, VA 23514 | - | | Note Claim<br><br>See Note 1 | | | | 50,000.00 |
| Account No.<br><br>GENMAB<br>457 North Harrison Street<br>Princeton, NJ 08540 | - | | Fees owed under license agreement | | | X | 580,787.00 |
| Account No.<br><br>Greg Hayt, Mardi Hayt JTWROS<br>c/o Paloma Partners<br>2 American Lane<br>Greenwich, CT 06831 | - | | Note Claim | | | | 200,000.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,441,437.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                                  Case No.  10-18968-jfk
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hotel Silken<br>Avenida Diagonal, 205<br>08018   Barcelona<br>SPAIN | | - | Travel | | | | 259.27 |
| Account No.<br><br>I3 , Inc.    Star House<br>20 Grenfell Road<br>Maidenhead   Berkshire SL6 1EH<br>United Kingdom | | - | Consulting | | | | 71,055.53 |
| Account No.<br><br>IDIS House<br>Churchfield Rd, Weybridge<br>Surrey KT13 8DB<br>United Kingdom | | - | Drug distribution | | | | 35,067.44 |
| Account No.<br><br>Isaac Lamm<br>1270 East 22nd<br>Brooklyn, NY 11210 | | - | Note Claim | | | | 15,000.00 |
| Account No.<br><br>Jels & Co, LLC.<br>c/o Steven Elbaum<br>136 Fells Road<br>Essex Fells, NJ 07021 | | - | Note Claim | | | | 100,000.00 |

Sheet no. 7 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  221,382.24

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.,  Case No. 10-18968-jfk
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jim Meyer<br>1098 Old Schuykill Rd<br>Pottstown, PA 19465 | - | | Employment expenses | | | | 1,234.00 |
| Account No.<br><br>John Holyoake<br>Church Lane<br>Attenborough, Nottinhamshire<br>NG9 6AS    ENGLAND | - | | Consulting contract | | | | 1,269.00 |
| Account No.<br><br>John Peterson<br>67 Hawfields Drive<br>Pittsboro, NC 27312 | - | | Expense | | | | 233.93 |
| Account No.<br><br>John Wiley & Sons LTD<br>The Atrium, Southern Gate<br>Chichster, West Sussex<br>PO19 8SQ ENGLAND | - | | Medical publication expense | | | | 411.74 |
| Account No.<br><br>Joseph Treff<br>1621 East 29th<br>Brooklyn, NY 11229 | - | | Note Claim | | | | 25,000.00 |

Sheet no. **8** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   28,148.67

B6F (Official Form 6F) (12/07) - Cont.

In re   Ten X Biopharma, Inc.                                        Case No.   10-18968-jfk
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>KBI<br>Po Box 15579<br>1101 Hamlin Road<br>Durham, NC 27704 | | - | Drug testing expense | | | | 25,178.43 |
| Account No.<br><br>Lonza Sales LTD<br>Muenchensteinstrasse 38<br>CH-4002 Basel<br>Switzerland | | - | License contract | | | | 60,817.29 |
| Account No.<br><br>M.B.L.A. Investments | | - | Note Claim | | | | 500,000.00 |
| Account No.<br><br>Maurice Briggs<br>449 Belle Ave<br>Harleysville, PA 19438 | | - | Employment expense | | | | 2,594.00 |
| Account No.<br><br>Mont Blanc Holdings, LLC<br>c/o Richard Hogan<br>353 Central Park West<br>New York, NY 10025 | | - | Note Claim | | | | 100,000.00 |

Sheet no. 9 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    688,589.72

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                           Case No.  10-18968-jfk
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Moses Saurymper<br>1103 Twin Oaks Drive<br>Lakewood, NJ 08701 | | - | Pre petition loan | | | | 62,500.00 |
| Account No.<br><br>Moshe Bodner<br>1337 East 9th<br>Brooklyn, NY 11230 | | - | Note Claim - pre petition loan | | | | 412,500.00 |
| Account No.<br><br>My Fax | | - | Trade | | | | 20.00 |
| Account No.<br><br>Octagon Research Solutions Inc<br>585 E. Swedesford Road<br>Wayne, PA 19087 | | - | Drug trial expense | | | | 3,250.00 |
| Account No.<br><br>Office of Sponsored Research<br>1215 Welch Rd,<br>Mod B<br>Stanford, CA 94035 | | - | Drug trial expense | | | - | 30,000.00 |

Sheet no. 10 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  508,270.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Ten X Biopharma, Inc. ,   Case No.   10-18968-jfk
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Oregon Health & Science Univ.<br>3303 SW Bond Ave<br>Mail Code CH15R<br>Portland, OR 97230 | | - | Drug trial expense | | | | 8,300.00 |
| Account No.<br><br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799 | | - | Legal Fees | X | X | X | Unknown |
| Account No.<br><br>Perbio Science Nederland BV<br>Postbus 32<br>4870 AA Etten-Leur<br>Nederland | | - | Supply expense | | | | 537,086.43 |
| Account No.<br><br>Peter & Andrea Budd JTWROS<br>c/o Jay Budd<br>UBS Financial Services<br>1285 Ave of the Americas<br>New York, NY 10019 | | - | Note Claim | | | | 100,000.00 |
| Account No.<br><br>PPD Global LTD<br>Finance Dept.  Great Abington<br>Cambridge   CB21 6GQ<br>United Kingdom | | - | Database vendor | | | | 51,246.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   696,632.43

B6F (Official Form 6F) (12/07) - Cont.

In re   Ten X Biopharma, Inc.                                    Case No.   10-18968-jfk
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PR Newswire<br>GPO Box 5897<br>New York, NY 10087 | | - | Advertising/ Public relations | | | | 2,384.00 |
| Account No.<br><br>Principle<br>30 Wertheim Court<br>Unit 19, 2nd Floor<br>Richmond Hill,    ONTARIO<br>L4B1B9 | | - | Website | | | | 6,160.00 |
| Account No.<br><br>Recall Total Info Mngmnt<br>015295 Collections Drive<br>Chicago, IL 60693 | | - | Document storage | | | | 131.60 |
| Account No.<br><br>Research Foundation of SUNY<br>Attn: Contracts and Grants Spe<br>35 State Street<br>Albany, NY 12205 | | - | Drug trial expense | | | | 8,000.00 |
| Account No.<br><br>Robert Burke<br>c/o Par-Four Investment Mngmnt, LLC<br>50 Tice Blvd, 3rd Floor<br>Woodcliff Lake, NJ 07677 | | - | Note Claim | | | | 200,000.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    216,675.60

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc. ,  Case No.  10-18968-jfk
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>S. Green GXP Consultants<br>4 Hillary Close<br>Farem, Hampshire PO16 7PH<br>United Kingdom | | - | Consulting expense | | | | 15,055.00 |
| Account No.<br><br>Shayne Ballard<br>Po Box 3924<br>Charleston, WV 25339 | | - | Consulting | | | | 3,400.00 |
| Account No.<br><br>Shimmy Kluger<br>c/o Twin America<br>1430 Broadway, 5th Floor<br>New York, NY 10018 | | - | Note Claim | | | | 50,000.00 |
| Account No.<br><br>Sills,Cummins, & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | | - | Legal Fees | | | | 65,739.00 |
| Account No.<br><br>Softcom<br>10 Bay Street Suite 310<br>Toronto Ontario    M5J 2R8<br>CANADA | | - | Trade Claim | | | | 8.90 |

Sheet no. 13 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   134,202.90

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc. ,  Case No. 10-18968-jfk
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>SSH Real Estate<br>123 South Broad Street<br>Suite 850<br>Philadelphia, PA 19103 | - | | Rental expense | | | | 1,494.00 |
| Account No.<br><br>St. Francis Cancer Research Foundation<br>1500 Albany St Suite 1001<br>Beech Grove, IN 46107 | - | | Drug trial expense | | | | 12,500.00 |
| Account No.<br><br>Statens Serum Institute<br>5 Artillerivej<br>DK-2300 Copenhagen S<br>DENMARK | - | | Drug testing expense | | | | 69,039.23 |
| Account No.<br><br>Tara Devaney<br>113 7th Ave<br>Roebling, NJ 08554 | - | | Employment expense | | | | 466.64 |
| Account No.<br><br>Thomas A Heywood<br>21 Carriage Rd<br>Charleston, WV 25314 | - | | Note Claim | | | | 50,000.00 |

Sheet no. 14 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  133,499.87

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.,
Debtor

Case No. 10-18968-jfk

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Univ of Penn Dermatology Dept<br>Clinical Studies Unit<br>1473PennTower 1 Convention Ave<br>Philadelphia, PA | | - | Drug trial expense | | | | 25,000.00 |
| Account No.<br><br>Univ Of Texas MD Anderson<br>Cancer Center<br>6900 Fannin Suite 5.1000<br>Houston, TX 77035 | | - | Drug trial expense | | | | 35,000.00 |
| Account No.<br><br>UPMC Clinical Trials Office<br>600 Grant Street, 58th Floor<br>UST 01-58-01<br>Pittsburgh, PA 15219 | | - | Drug trial expense | | | | 6,750.00 |
| Account No.<br><br>Verizon<br>POB 15124<br>Albany, NY 12212 | | - | Phone | | | | 176.65 |
| Account No.<br><br>Vetter Pharma Int. GMBH<br>Postfach 23 80<br>88193 Ravensburg<br>GERMANY | | - | Manufacturing expense | | | | 13,050.20 |

Sheet no. 15 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 79,976.85

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.                                             Case No.  10-18968-jfk
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Vonage America<br>23 Main Street<br>Holmdel, NJ 07733 | | - | Telephone service | | | | 275.46 |
| Account No.<br><br>W. Marston Becker<br>117 Hawkskill Way<br>Jupiter, FL 33458 | | - | Note Claim | | | | 150,000.00 |
| Account No.<br><br>William Lestrange & Associates<br>6110 Executive Blvd<br>Rockville, MD 20852 | | - | Accounting service | | | | 1,112.44 |
| Account No.<br><br>WIRB<br>3535 7th Ave  South West<br>Olympia, WA 98502 | | - | Drug trial expense | | | | 1,195.00 |
| Account No.<br><br>Womble Carlyle<br>One West Fourth Street<br>Winston Salem, NC 27101 | | - | Legal Fees | | | | 13,874.00 |

Sheet no. 16 of 17 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 166,456.90

B6F (Official Form 6F) (12/07) - Cont.

In re  Ten X Biopharma, Inc.  ,  Case No.  10-18968-jfk
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Zev Marmurstein<br>c/o Twin America<br>1430 Broadway, 5th Floor<br>New York, NY 10018 | - | | **Note Claim** | | | | 250,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **17** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 250,000.00

Total (Report on Summary of Schedules): 8,527,442.96

# Note 1 to Amended Schedule F

The treatment and payment of these claims is subject to the terms of that certain agreement between the claimants and the Debtor dated March 14, 2011.

PHIL1 1436571-2